693 A.2d 806

**Jeffery Curtis GILBERT,**

**v.**

**STATE of Maryland.**

**No. 91, Sept. Term, 1996.**

Court of Appeals of Maryland.

May 8, 1997.

Reconsideration Denied June 10, 1997.

Terrell N. Roberts, III, Roberts & Wood, on brief, River-dale, for Petitioner.

Thomas K. Clancy, Assistant Attorney General (J. Joseph Curran, Jr., Attorney General, on brief), Baltimore, for Respondent.

Argued before BELL, C.J., and ELDRIDGE, RODOWSKY, CHASANOW, KARWACKI, RAKER and WILNER, JJ.

**578**

## ORDER

PER CURIAM.

The petition for writ of certiorari in the above entitled case having been granted and argued, it is this 8th day of May, 1997

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.